STATE EX REL. BEVINGTON *v.* MYERS, JUDGE.

[No. 27,776. Filed January 14, 1943.]

*Ernest Lee Bevington,* pro se.

PER CURIAM.—This is a petition for mandate against the Marion Criminal Court. The only relief to which relator is entitled is a hearing on his petition for a writ of error *coram nobis.* Such a hearing has been set by that court for January 18, 1943. Petition denied.

NOTE.—Reported in 46 N. E. (2d) 218.